2025R00401/TAC

**FILED**
OCT 0 7 2025
11:45 am
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Renee Marie Bumb |
| v. | : | Crim. No. 25-605 (RMB) |
| DALE COX | : | 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Distribution and Possession with Intent to Distribute Carfentanil)

On or about May 12, 2025, in Union County, in the District of New Jersey and elsewhere, the defendant,

**DALE COX,**

did knowingly and intentionally distribute and possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of carfentanil, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO
(Possession with Intent to Distribute Fentanyl and Heroin)

On or about May 12, 2025, in Union County, in the District of New Jersey and elsewhere, the defendant,

**DALE COX,**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of the controlled substance offenses in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(C) charged in this Indictment, the defendant,

### DALE COX,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

███████████████████████████
FOREPERSON

TODD BLANCHE
U.S. Deputy Attorney General

*Alina Habba*

ALINA HABBA
Acting U.S. Attorney
Special Attorney

*Trevor Chenoweth*

Trevor A. Chenoweth
Assistant U.S. Attorney

CASE NUMBER: 25-_____

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## DALE COX

### INDICTMENT FOR

21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C)

A True Bill,

███████████████████

Foreperson

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

TREVOR A. CHENOWETH
ASSISTANT UNITED STATES ATTORNEY
NEWARK, NEW JERSEY
973-645-2711